**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     DENNIS M. HARRSCH, | : | |
| | : | |
| Debtor(s) | : | Bky. No. 09-12453 ELF |
| | : | |
| MARGARET MORRISON, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 09-0255 |
| DENNIS M. HARRSCH, | : | |
| | : | |
| Defendant(s) | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(6) (Docket Entry No. 13) and the Plaintiff's Response thereto (Docket Entry No. 16), and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. The Defendant shall file an Answer to the Amended Complaint on or before **February 9, 2010**.

3. If, as stated in the Plaintiff's Response to the Motion, the Plaintiff intends to file a motion for relief from the automatic stay,[1] the Plaintiff shall do so **on or before January 26, 2010**, the Debtor's response thereto shall be filed **on or before February 9, 2010** and a hearing on the motion will be held on **February 11, 2010 at 10:00 a.m**.

Date: **January 19, 2010**

                                    **ERIC L. FRANK**
                                    **U.S. BANKRUPTCY JUDGE**

---

[1] The Motion should be filed and docketed in the main bankruptcy case.